**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6760**

_____


ROGER LEE ROWE,

                                    Petitioner - Appellant,

        versus


HOWARD PAINTER, Warden,

                                    Respondent - Appellee.


_____

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington. Joseph Robert Goodwin, District Judge. (CA-00-359-3)

_____

Submitted: September 28, 2001        Decided: November 15, 2001

_____

Before LUTTIG, WILLIAMS, and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Roger Lee Rowe, Appellant Pro Se. Dawn Ellen Warfield, Allen Hayes Loughry, II, OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roger Lee Rowe seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Rowe v. Painter, No. CA-00-359-3 (S.D.W. Va. Mar. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2